# REPORT OF APPARENT VIOLATION OF PRETRIAL RELEASE CONDITIONS

| | |
|---|---|
| **Defendant**: | Adjoni Archambault |
| **Address:** | McLaughlin, South Dakota |
| **CR #:** | 1:13CR10040-001 |
| **Date Bond Set:** | 0722/2019 |
| **Judicial Officer:** | Charles B. Kornmann, United States District Judge |
| **Type of Bond:** | Personal Recognizance |

**Conditions of release (list only those relative to apparent violation):**

Adjoni Archambault shall not commit any offense in violation of federal, state, or local law (including tribal) while on release in this case.

**Description of apparent violation(s):**
On 07/26/2019 Bureau of Indian Affairs Police Officer, Brett Fischer, while on duty on the Standing Rock Sioux Reservation was dispatched to house #978 Red Willow Avenue in regard to an assault. Upon arrival the officer made contact with Cora Sitting Dog. Cora reported to the officer Ms. Archambault, and her juvenile son Matho Jones, assaulted her by kicking her in the face. Coras' left eye was swollen shut due to the assault. The officer then made contact with Ms. Archambault, and her son Matho, at her residence. Ms. Archambault registered a Breath Alcohol Content of .161%. She was arrested and charged with Simple Assault and Disorderly Conduct.

**Summary of defendant's response to supervision (prior to apparent violation):**
None

**Summary of PO's efforts to locate if defendant appears to have fled:**
None

**PO's recommendation (e.g., continue supervision, detention, modification, etc.):**
It is recommended a warrant be issued for the arrest of Adjoni Archambault, and she be brought back before the Court to answer to the violation of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

                                                          Respectfully submitted,

                                                          Tammy Reeves  
                                                          U.S. Probation/Pretrial Services Officer  
                                                          U.S. Probation & Pretrial Services Office  
                                                          Andrew W Bogue U.S. Courthouse  
                                                          515 Ninth Street, Ste 203  
                                                          Rapid City, SD   57701  
                                                          (605)399-5935  
                                                          Tammy_Reeves@sdp.uscourts.gov

                                                          Date:     08/01/2019